RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Jose Daniel Castillo-Antonio

**GRANTED**
Judge Maria-Elena James

Dated: 5/27/2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jose Daniel Castillo-Antonio,

        Plaintiff,

Vs.

David Davoudtour, et al.,

        Defendants.

Case Number C15-0006

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE

Plaintiff Jose Daniel Castillo-Antonio, through his attorney of record, Richard A. Mac Bride, hereby provides notice of voluntary dismissal of this entire matter with respect to all defendants and all causes of action, and requests that the clerk of the Court enter the appropriate notation on the Court's docket.

    Law Offices of Richard A. Mac Bride

    By: Richard A. Mac Bride /s/ Richard A. Mac Bride

    Attorney for Plaintiff Jose Daniel Castillo-Antonio

    May 27, 2015

---

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE – 15-0006

-1-